Form ntcdsm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:    Case No.:   09−23502 RAG    Chapter:   13

David George Oakes
Debtor(s)

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 11/5/09.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. §§ 362(a) is terminated.

Dated: 11/5/09

Mark D. Sammons, Clerk of Court
by Deputy Clerk, B Balthrop301−344−0087